# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID GARTON, an individual, | ) |
| | ) |
| Plaintiff, | ) Case No: 4:17-cv-00222-DCN |
| | ) |
| | ) **JUDGMENT OF DISMISSAL WITH** |
| vs. | ) **PREJUDICE OF ALL PLAINTIFF'S** |
| | ) **CLAIMS AGAINST DEFENDANT** |
| BWXT TECHNICAL SERVICES | ) |
| GROUP, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

JUDGMENT IS ENTERED AS FOLLOWS: Any and all claims asserted in this case by Plaintiff David Garton, against Defendant BWXT Technical Services Group., Inc., are hereby dismissed with prejudice.

DATED: January 8, 2020

_____

David C. Nye
Chief U.S. District Court Judge

JUDGMENT OF DISMISSAL WITH PREJUDICE - 1